# Newark

**Ras J. Baraka**
Mayor

---

**Department of Law**

920 Broad Street
Newark NJ 07102
973-733-3880
Fax 973 733-5394

**Karen Brown**
Corporation Counsel

Gary S. Lipshutz
Assistant Corporation Counsel
Direct Dial (973) 733-5945
lipshutzg@ci.newark.nj.us

September 29, 2014

**Via E-Filing**
Clerk of the Third Circuit Court of Appeals
Office of the Clerk
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

  Re: Simkova v. City of Newark et al.
     Docket No. 14-2076

Dear Sir or Madam:

  As per the Court's Order of July 31, 2014, this letter is the City of Newark's Status Report. As of today's date, Appellant/Plaintiff's pending Motion for Reconsideration before the District Court remains pending.

       Karen Brown
       Corporation Counsel

       By: /s/ Gary S. Lipshutz
         Gary S. Lipshutz
         Assistant Corporation Counsel

/GSL