# Newark

**Ras J. Baraka**
Mayor

---

**Department of Law**

920 Broad Street
Newark NJ 07102
973-733-3880
Fax 973 733-5394

**Karen Brown**
Corporation Counsel

Gary S. Lipshutz
Assistant Corporation Counsel
Direct Dial (973) 733-5945
lipshutzg@ci.newark.nj.us

December 3, 2014

**Via E-Filing**
Clerk of the Third Circuit Court of Appeals
Office of the Clerk
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    Simkova v. City of Newark et al.
             Docket No. 14-2076

Dear Sir or Madam:

    As per the Court's Order of July 31, 2014, this letter is the City of Newark's Status Report. As of today's date, Appellant/Plaintiff's pending Motion for Reconsideration before the District Court remains pending.

                      Karen Brown
                      Corporation Counsel

                      By: __/s/ Gary S. Lipshutz__
                            Gary S. Lipshutz
                            Assistant Corporation Counsel

/GSL